UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                    2:05-cr-50-FtM-29SPC

WILLIAM EDWIN MOORE
_____

**ORDER**

This matter comes before the Court on defendant's *pro se* Motion to Dismiss Counsel (Doc. #86), filed on February 7, 2006. Defendant is currently represented by counsel and under Local Rule 2.03(d), "[a]ny party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court. . . ." Therefore, defendant's Motion will be stricken. See also United States v. Cruz, 153 Fed. Appx. 604, 605 (11th Cir. 2005).

Accordingly, it is now

**ORDERED**:

Defendant's pro se Motion to Dismiss Counsel (Doc. #86) is **stricken**.

**DONE AND ORDERED** at Fort Myers, Florida, this   7th   day of February, 2006.

Copies:
AUSA
Counsel of Record
Defendant

JOHN E. STEELE
United States District Judge