UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                          2:05-cr-50-FtM-29SPC

WILLIAM EDWIN MOORE
_____

### NOTICE REGARDING COURT'S SENTENCING DETERMINATIONS

     This matter came before the Court on June 19 and 30, 2006 for sentencing. The Court makes the following determinations pursuant to Fed.R.Crim.P. 32(i)(3)(B):

    1. Defendant's factual objections to paragraphs 7 through 49 based upon his innocence of the crimes charged are overruled. The jury found defendant guilty of all offenses, and the Court concludes that there was ample credible evidence to support both the jury's findings and these paragraphs of the Presentence Report.

    2. Defendant's objection to the scoring of one point for the conviction in paragraph 115 is overruled. The conviction was within ten years of some of the convictions set forth in the Indictment, and was therefore properly scored.

    3. As to paragraph 118, the Court accepts defendant's representations and will not consider the allegations in paragraph 118 in sentencing.

4. The Court denies defendant's request for a downward departure based upon Sentencing Guidelines § 4A1.3 for the reasons stated in the written Order and at sentencing. The Court finds that defendant's criminal history is not significantly overrepresented at Criminal History Category II.

5. Defendant's objection to the obstruction of justice enhancement in paragraph 94 is overruled. The Court finds that the government has established that defendant committed perjury at trial as to the answers in the following portions of his trial testimony (utilizing the transcript of defendant's March 15, 2006 testimony, prepared on June 6, 2006):

-page 6, lines 3-6, 12-15

-page 8, lines 13-16

-page 9, lines 8-13

-page 19, lines 16-17

-page 20, lines 4-6

-page 27, lines 5-8, 19-21

-page 28, lines 4-8

-page 30, lines 12-17

-page 38, lines 4-8

-page 39, lines 5-10, 21-22

-page 67, lines 17-21

The Court finds that as to this testimony the government has proven by at least a preponderance of the evidence that all the requirements of United States v. Dunnigan, 507 U.S. 87 (1993) and

its progeny have been satisfied.  As to the other testimony relied upon by the government, the Court finds that the government has not proved all the requirements of <u>Dunnigan</u> as to this testimony, and defendant's objection is sustained as to this other testimony.

      6.   The Court overrules defendant's objection that the obstruction of justice enhancement based upon perjury does not and cannot apply to each count of the Indictment.

      Accordingly, it is now

**ORDERED**:

      1.   Pursuant to Fed. R. Crim. P. 32(i)(3)(C), the U.S. Probation Office is directed to append a copy of these determinations to any copy of the presentence report made available to the Bureau of Prisons.

      2.   A copy of defendant's trial testimony on March 15, 2006, shall also be appended to any copy of the presentence report made available to the Bureau of Prisons.

      **DONE AND ORDERED** at Fort Myers, Florida, this __3rd__ day of July, 2006.

                                           _____
                                           JOHN E. STEELE
                                           United States District Judge

Copies:
AUSA
Counsel of Record
U.S. Probation